James T. Chao 4:16cv903
V
City of Plano, Building Standards Commission
Cora letter

FILED
NOV 23 2016
Clerk, U.S. District Court
Texas Eastern

TO: BUILDING STANDARS COMMISSION OF THE CITY OF PLANO

AND

MR. SELSO MATA, CHIEF BUILDING OFFICER, CITY OF PLANO

FROM: JAMES T. CHAO
P.O. BOX 741881
HOMESTEAD ADDRESS: 4032 LEON DRIVE, PLANO, TX 75074

SUBJECT: RE: MY REQUEST FOR JUDICIAL REVIEW IN RESPONDING TO YOUR INTENT TO HAVE MY HOME OF OVER 37 YEARS AND MORTGAGE FULLY PAID FOR TO BE DEMOLISHED

DATE: NOV. 21, 2016

I CAN'T DO THE WORK IN 30 DAYS, EVEN IF I AM APPROVED TO DO THE WORK LEGALLY.

SIR,

I AM HAVING THE ATTACHED 48 PAGES OF MY POSITION THAT YOU HAVE NOT GIVEN THE DETAILED 49 PAGES OF YOUR ALLEGATION TO ME BEFORE THE JAN. 19, 2016 HEARING WHERE I HAD REQUESTED FOR ALLOWING SUFFICIENT TIME TO COMPLETE THE REQUIRED TASKS.

AMONG MANY OTHER AREAS OF ILLEGALITY, TO BE ASSESSED IN MY REQUESTED JUDICIAL REVIEW, PLEASE NOTE THAT THE PROPERTY STANDARDS DEPARTMENT IS NOT A LEGAL ENTITY, WHICH IMPLIES THAT MY HOME WILL NEVER BE RELEASED, EVEN IF I COULD DO WHATEVER AS REQUIRED BY YOU.

THIS IS, I BELIEVE, A STARTING DISCRIMINATING CASE OF §1983 OF U.S. CODE, VIOLATING MY CONSTITUTIONAL

RESPECTFULLY SUBMITTED,

JAMES T. CHAO, OLD, DISABLED